UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-3357 JRT/RLE

| | |
|---|---|
| IZAAK WALTON LEAGUE OF AMERICA, INC., WILDERNESS WATCH, SIERRA CLUB NORTHSTAR CHAPTER, and NORTHEASTERN MINNESOTANS FOR WILDERNESS,<br><br>Plaintiffs,<br><br>v.<br><br>DALE BOSWORTH, as Chief of the U.S. Forest Service, and MIKE JOHANNS, as Secretary of Agriculture,<br><br>Defendants. | **MOTION OF DEFENDANTS AND INTERVENORS FOR ENTRY OF JUDGMENT** |

Defendants and Intervenors in the above-captioned matter hereby request that the Court enter judgment on all counts pursuant to its Orders dated August 31, 2007 and September 28, 2007.

Dated: December 21, 2007       RACHEL K. PAULOSE
                               United States Attorney

s/ David R.  Oberstar          s/ David W.  Fuller
David R. Oberstar              BY: DAVID W. FULLER
FRYBERGER, BUCHANAN,           Assistant United States Attorney
SMITH & FREDERICK, P.A.        Attorney ID Number 6271763
700 Lonsdale Building          300 South Fourth Street
302 West Superior Street       Minneapolis, MN 55415
Duluth, MN  55802              (612) 664-5600
(218) 722-0861

Attorney for Intervenors       Attorneys for Defendants