# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 07-3689
_____

Izaak Walton League of America, Inc.,

Plaintiff

Wilderness Watch; Sierra Club Northstar Chapter;
Northeastern Minnesotans for Wilderness,

Plaintiffs - Appellants

v.

Abigail Kimbell, Chief of the United States Forest Service;
Mike Johanns, Secretary of Agriculture,

Defendants - Appellees

Conservationists With Common Sense; Cook County,
a Political Subdivision of the State of Minnesota;
Arrowhead Coalition for Multiple Use,

Intervenors - Appellees

Minnesota Department of Natural Resources, Grand Portage Band of the Minnesota Tribe

Amicus on Behalf of Appellees

_____

No: 07-3696
_____

Izaak Walton League of America, Inc.,

Plaintiff

Wilderness Watch; Sierra Club Northstar Chapter; Northeastern Minnesotans for Wilderness,

Plaintiffs - Appellees

v.

Abigail Kimbell, Chief of the United States Forest Service; Mike Johanns, Secretary of Agriculture,

Defendants

Conservationists With Common Sense; Cook County, a Political Subdivision of the State of Minnesota; Arrowhead Coalition for Multiple Use,

Intervenors - Appellants

------------------------------

Minnesota Department of Natural Resources; Grand Portage Band of the Minnesota Tribe,

Amici on Behalf of Appellee

_____

No:  08-1167
_____

Izaak Walton League of America, Inc.,

Plaintiff

Wilderness Watch; Sierra Club Northstar Chapter; Northeastern Minnesotans for Wilderness,

Plaintiffs - Appellants

v.

Abigail Kimbell, Chief of the United States Forest Service; Mike Johanns, Secretary of Agriculture,

Defendants - Appellees

Conservationists With Common Sense; Cook County, a Political Subdivision of the State of Minnesota; Arrowhead Coalition for Multiple Use,

Intervenors - Appellees

------------------------------

Minnesota Department of Natural Resources; Grand Portage Band of the Minnesota Tribe,

Amici on Behalf of Appellee

---

Appeals from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-03357-JRT)
(0:06-cv-03357-JRT)
(0:06-cv-03357-JRT)

---

### **CORRECTED JUDGMENT**

The judgment of March 6, 2009, is hereby corrected to reflect that the judgments of the district court in these causes are affirmed in accordance with the opinion of March 6, 2009.

August 27, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans