UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Izaak Walton League of America, Inc., et al, | No. 06-cv-3357 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Dale Bosworth, et al, | |
| Defendants, | |
| Conservationists with Common Sense, | |
| Intervenors. | |

---

This matter came before the undersigned United States Magistrate Judge on a routine supervision of the cases that pend before the Court and a general assignment made pursuant to 28 U.S.C. § 636.

On October 1, 2013, the Defendants[1] made a Motion for a Stay, [Docket No. 140], citing the expiration of the continuing resolution that funds the U.S. Department of Justice. The Defendants request a stay of the case until Congress has restored appropriations to the Department of Justice, and an extension of all current deadlines "commensurate with the duration of the lapse in appropriations." (Id.) The Defendants represent that Plaintiffs do not oppose the motion.

Good cause having been shown, **it is hereby ORDERED** that:

1. The Defendants' Motion for a Stay, [Docket No. 140], is **GRANTED in part** and **DENIED in part**, such that:

---

[1] The Defendants are Dale Bosworth, as Chief of the U.S. Forest Service; and Mike Johanns, as Secretary of Agriculture.

    **a.** The Defendants' request for a stay is **GRANTED**, and all deadlines and proceedings in this case are hereby stayed until Congress restores funding to the Department of Justice; and

    **b.** The Defendants' request that all deadlines be extended is **DENIED without prejudice**; after the stay is lifted, should the parties believe that extension of existing deadlines is warranted, they may bring a motion to amend the Pretrial Scheduling Order at that time.

**2.** The stay entered pursuant to this Order shall be lifted upon the restoration of funding to the Department of Justice.

DATED: October 2, 2013

    s/Leo I. Brisbois
    LEO I. BRISBOIS
    U.S. Magistrate Judge